ARTHUR HANEY V. THE STATE.

No. 9661.   Delivered November 25, 1925.

**Possessing Intoxicating Liquor—Appeal Dismissed.**

Upon written motion of appellant, duly verified by his affidavit, the appeal is dismissed.

Appeal from the District Court of Rains County.   Tried below before the Hon. J. M. Melson, Judge.

Appeal from a conviction for possessing intoxicating liquor for the purpose of sale, penalty one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is the unlawful possession of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

*Dismissed.*